Opinion by Ekwall, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

**No. 50583.**—Protests 68667–K, etc., of Crawford S. Norris et al.   (New York).

Opinion by Ekwall, J.   In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein.   (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.)   In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries.   The protests were sustained to this extent.

BEFORE THE FIRST DIVISION, OCTOBER 17, 1945

**No. 50584.**—Protests 93099–K, etc., of Rosenfeld, Kent Co., Inc., et al. (New York).

Opinion by Cole, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 17, 1945

**No. 50585.**—Protests 530958–G, etc., of E. M. Poons Co. of Kobe, Inc. (New York).

Opinion by Tilson, J.   The testimony of the only witness presented showed that certain items of the merchandise consist of hats known as harvest hats similar in all material respects to those the subject of *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664).   Upon the established facts and following the authority cited the merchandise was held dutiable as claimed.

**No. 50586.**—Protests 877572–G, etc., of John Zimmerman Co. (New York).